# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> -vs- ) <br> ) <br> BRADEN BIRDSONG, ) <br> ) <br> Defendant. ) <br> ) | No. __CR-25-323-J__ <br><br> Violation: <br><br> 18 U.S.C. § 249(a)(1) |

## INFORMATION

The United States Attorney charges that:

### INTRODUCTION

At all times relevant to this Information:

1. Restaurant 1 was a restaurant located in Oklahoma City, Oklahoma.

2. **BRADEN BIRDSONG** was a white resident of Oklahoma, who was staying with a resident of Oklahoma City, Oklahoma.

3. D.G. was a Black resident of Oklahoma City, Oklahoma, who worked at Restaurant 1.

1

## COUNT ONE
### (Hate Crime Act Resulting in Bodily Injury)

4. The United States Attorney incorporates paragraphs 1-3 by reference.

5. On or about August 25, 2023, in the Western District of Oklahoma, **BRADEN BIRDSONG** willfully caused bodily injury to D.G. because of D.G.'s actual and perceived race and color. Specifically, **BIRDSONG** physically assaulted D.G. in the Restaurant 1 parking lot because D.G. was Black, causing bodily injury to D.G.

All in violation of Title 18, United States Code, Section 249(a)(1).

ROBERT J. TROESTER
United States Attorney

*Julia E. Barry*
JULIA E. BARRY
Senior Litigation Counsel


HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

*Laura B. Gilson*
LAURA B. GILSON
TAYLOR PAYNE

Trial Attorneys
Civil Rights Division –
Criminal Section

2