# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Petty ☐   Misdemeanor ☐   Felony ✔   USAO No.: _____   Case No.: **CR-25-323-J**

Charging Document: **Information**   No. of Defendants: **1**   Total No. of Counts: **1**   Sealed: Y ☐ N ✔

Forfeiture: Y ☐ N ✔   OCDETF: Y ☐ N ✔   McGirt: Y ☐ N ✔   Warrant ✔   Summons ☐   Notice ☐

Companion Case No. (if any): _____

By: **zh**

**DEFENDANT INFORMATION:**

| Name: **BRADEN BIRDSONG** | |
|---|---|
| Alias(es): | Address: |
| | FBI No.: |
| DOB: 1997   SSN: 9504 | Race: White   Interpreter: Y ☐ N ✔ |
| Sex: M ✔  F ☐   Juvenile: Y ☐ N ✔ | Language/Dialect: English |

**DEFENDANT STATUS/RECOMMENDATION:**

☐ Not in Custody   ✔ Detention Requested
☐ Type of Bond: _____
✔ In Custody at: Oklahoma State Penitentiary
Inmate/Prisoner/Register No.: 703257

**PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

Complaint: Y ☐ N ✔
Magistrate Judge Case No.: MJ-
Previously Detained: Y ☐ N ✔

**ATTORNEY/AGENCY INFORMATION:**

✔ Public Defender
☐ CJA Panel
☐ Retained

Name: Bonnie Blumert, Kristen Messina
Address: _____
Phone: _____

AUSA: Julia E. Barry
Agent/Agency: FBI
Local Officer/Agency: _____

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 249(a)(1) | Hate Crime Act Resulting in Bodily Injury | NMT 10 years' imprisonment, $250,000 fine, o/b; NMT 3 years' S/R; $100 SA |

Signature of AUSA: s/Julia E. Barry   Date: 08/21/2025